UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation** | Case No. 14-cv-01253<br><br>Judge Robert M. Dow Jr.<br><br>Magistrate Judge Jeffry T. Gilbert<br><br>Principal case pending in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:13-md-02436-LS, MDL No. 2436 |

**O R D E R**

This matter coming to be heard on W. Anthony Vernon's *Unopposed Motion To Transfer Subpoena-Related Motion,* and the court being fully apprised, the motion is hereby granted. IT IS HEREBY ORDERED THAT:

1. W. Anthony Vernon's Motion To Quash Or For Protective Order is hereby transferred to the Honorable Lawrence F. Stengel in the United States District Court for Eastern District of Pennsylvania to be considered in the case of *In re Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation*, No. 2:13-md-02436-LS, MDL No. 2436 (the "MDL Proceeding").

2. The Clerk of the Northern District of Illinois should take whatever action is needed to effectuate the transfer.

SO ORDERED.

Dated: February 27, 2014

_____
The Honorable Robert M. Dow, Jr.
United States District Court for the
Northern District of Illinois